# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

        Plaintiff,

  v.                                                                               Case No. 98-CR-193

TODD LATOUR ,

        Defendant.

## ORDER DENYING MOTION FOR SENTENCE REDUCTION

Defendant Todd Latour has written the Court requesting that his sentence following the revocation of his supervision be reduced to nine months from the twelve months previously imposed. He indicates that he now realizes what he needs to do to turn his life around and that he is actively seeking treatment. Latour states that he attends AA and NA twice per week and being in prison has caused him to realize how difficult it is to be away from his family. While the Court is sympathetic to Mr. Latour's situation and commends him for the efforts he has made, his motion will be denied.

In the first place, the Court lacks authority under the Federal Rules of Criminal Procedure to reduce a sentence for the reasons indicated by Mr. Latour. Having imposed the sentence, the only grounds to reduce his sentence at this point are for legal error or on motion of the Government based upon assistance provided by Mr. Latour to the Government in other cases. Neither of those factors is present here. Moreover, even if I had the authority to reduce Mr. Latour's sentence, a late

realization by a defendant that he made mistakes, and even a desire to improve his life, does not constitute grounds to reduce the sentence previously imposed. Accordingly, the motion is denied..

Dated this   1st   day of December, 2009.

        s/ William C. Griesbach
        William C. Griesbach
        United States District Judge